# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TC ENGINEERING, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MID-AMERICA TRUCK CARE, LLC, ) <br> et al. ) <br> ) <br> Defendants. ) | 8:05CV96 <br><br> ORDER TO SHOW CAUSE |

The records of the court show that on April 20, 2005, a letter (Filing No. 9) was sent to

**Michael L. Nozicka**
**BASKINS, PEDERSON LAW FIRM**
**P.O. Box 865**
**North Platte, NE 68103-0865**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on June 9, 2005, this attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **June 24, 2005**, attorney Nozicka shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 10th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge