IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TC ENGINEERING, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV96 |
| | ) | |
| v. | ) | |
| | ) | |
| MID-AMERICA TRUCK CARE, NEBRASKALAND NATIONAL BANK, U.S. SMALL BUSINESS ADMINISTRATION, TIERONE BANK, NORTH PLATTE, CITY OF, and COUNTY OF LINCOLN, NEBRASKA, | ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

It has come to this court's attention that this case was assigned in error.

THEREFORE, IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters

DATED this 7th day of September, 2005.

BY THE COURT:

**s/Joseph F. Bataillon**
United States District Judge