IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TC ENGINEERING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV96 |
| vs. ) | |
| ) | ORDER TO SHOW CAUSE |
| MID-AMERICA TRUCK CARE ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

    This case is before the magistrate judge for full pretrial supervision. The court file shows that, on September 7, 2005, the court entered a scheduling order requiring the parties to file a Rule 26(f) planning report by September 29, 2005. As of October 11, 2005, no planning report has been filed and no party has requested a continuance of the Rule 26(f) reporting deadline.

    **IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report by the close of business on **October 25, 2005**, or show cause **by written affidavit** why they cannot comply with the court's deadline.

    **DATED October 12, 2005.**

                                           **BY THE COURT:**

                                           s/ F.A. Gossett
                                         **United States Magistrate Judge**